UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>ANDRES J. ROJAS,<br><br>                    Defendant. | CASE NO. MJ 15-213<br><br>DETENTION ORDER |

<u>Offense charged</u>:     Felon in Possession of a Firearm; Felon in Possession of Ammunition

<u>Date of Detention Hearing</u>:     July 28, 2015.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.     Defendant's criminal record includes multiple VUCSA and weapons charges, with a significant number of bench warrants, new law violations, and failures to appear. The record indicates that defendant commenced supervision with the state DOC in September 2014, incurring violations that include failing to report.

DETENTION ORDER
PAGE - 1

2. Defendant poses a risk of nonappearance based on prior failures to appear including a recent failure to appear in King County Superior Court, drug use, and failure to comply with DOC. Defendant poses a risk of danger based on criminal record, pending state charges, and the instant arrest while defendant was on DOC supervision.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this <u>28th</u> day of July, 2015.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE - 2